UNITED STATES DISTRICT COURT
*Middle*

COUNTY JUVENILE DIVISION

OF THE STATE OF FLORIDA, IN AND FOR HILLSBOROUGH
Civil Action Case# 21-289

MASON DAVIS AND JENNIFER PHAM
Claimant, PARENTS

v.

The Department of Children and Families, et al
Defendant.

8:21-cv-2143-SDM-AEP

FILED

## PETITION FOR WRIT OF HABEAS CORPUS
## AND EMERGENCY MOTION
## FOR RETURN OF CHILD

The claimant, MASON DAVIS AND JENNIFER PHAM, brings this petition for a writ of habeas corpus and emergency motion for return of child against the Respondent, The Department of Children and Families supervisor Deandrea Thomas, upon the following grounds:

1. The Respondent is subject to the jurisdiction of this Court and may be served with a habeas corpus and writ at 9393 N. Florida Ave. Suite 500 room 515

2. The claimant is the lawful custodian of the minor child, K    D.    AGE 9 (    :012) R\    D.    AGE 8 (C    2013) M    D.    AGE 2 (    2019) M^    D.    AGE 5 MONTHS (C    .021), by virtue of a final decree of dismissal entered by the Superior Court of HILLSBOROUGH COUNTY, Civil Action No. 21-289

3. The Respondent is unlawfully and illegally detaining and withholding custody of the minor child from the claimant at the following address: 1703 NORTH ORANGE ST. PLANT CITY, FL 33563

4. The Respondent has no cause or justification for withholding the minor child from the custody and control of the claimant. THEREFORE, claimant demands: (a) That a writ of habeas corpus issue requiring the Respondent to appear and produce the minor child before this Court and to otherwise show cause why custody should not be restored to the claimant.

Respectfully submitted,

This tenth day of september in the year of our lord two thousand and twenty- one

By:/s/ *Mason Davis*

Mason Davis and Jennifer pham, claimant
sui juris, propia persona
all rights reserved, none waived
without prejudice, without recourse
c/o general delivery
7027 Charles Humphrey rd.
Plant city, florida [zip exempt]
non-domestic, without United States
(813)764-4682

**UNITED STATES DISTRICT COURT**

IN THE SUPERIOR COURT OF HILLSBOROUGH COUNTY
STATE OF FLORIDA

                                            Civil Action Case #_

STATE OF   FLORIDA   )

COUNTY OF  HILLSBOROUGH  )

## Jurat

Personally appeared before me, the undersigned notary public duly authorized in the State of florida to administer oaths, MASON DAVIS AND JENNIFER PHAM, who after being duly sworn, deposes and states that he is the claimant in the foregoing action and that the facts contained under penalties of perjury in his/her attached Petition for Writ of Habeas Corpus and Emergency Motion for Return of Child are true and correct to the best of his knowledge, information and belief.

                                          By:/s/ *[signature]*
                                          MASON DAVIS AND JENNIFER PHAM, claimant
                                          Sui juris, propia persona
                                          All rights reserved, none waived
                                          Without prejudice, without recourse

Sworn to and subscribed before me this _____ day of _____, 20 _____.

                                                            (Seal)

_____
Notary Signature
My Commission Expires: _____